# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 1 3 2013
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Daniel S. Padilla,

Plaintiff

vs.

Rock Island County Jail Staf
SGT. Nessler, C/O Johnson,
C/o. Rasso, C/o Viren
AND
Nurses
Schultz & Livengood

Defendant(s)

Case No. 4:12-CV-04001
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

---

**Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Daniel Steven Padilla

Prison Identification Number: ID#132372

Current address: 116 9th St. Silvis, IL. 61282

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: SGT. Nessler

Current Job Title: Seargeant Rock Island County Jail

Current Work Address: Rock Island, IL. 61201
1317 3rd Ave.

Defendant #2:

Full Name: C/o MR Chris Johnson

Current Job Title: Correction Officer

Current Work Address: 1317 3rd Ave,
Rock Island, IL. 61201

Defendant #3:

Full Name: C/o Rasso

Current Job Title: Corrections officer

Current Work Address: 1317 3rd Ave, Rock Island, IL 61201

Defendant #4:

Full Name: Clo Veren

Current Job Title: Corrections officer

Current Work Address: 1317 3rd Ave, Rock Island, IL 61201

Defendant #5:

Full Name: Nurses: Schultz & Livengood

Current Job Title: Nurses

Current Work Address: 1317 3rd Ave, Rock Island, IL 61201

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

3

4,

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☒

If your answer is no, explain why not  Because I was unaware of my rights at the time & I was on suicide watch at time of the occurrence.

C. Is the grievance process completed?   Yes ☒   No ☐

4

5.

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Rock Island County Jail___

Date(s) of the occurrence ___Sept. 2011___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I Daniel S. Padilla feel that my United States Constitutional Civil Rights have been Violated, within the Rock Island County Jail Dept of Corrections. Because of unsanitary and inhumane circumstances of this Jail system, which in turn cause me to contact a disease called MRSA which is caused through contact of bodily fluids, Passed on from someone with this condition before hand. The Person I caught this contageous disease from is named MR. Cliff Richards, MR. Richards was housed on suicide watch as well as I was. We were in constant contact with one another during recreation time, and used the same cleaning mop water to clean our cells and toilets everyday. For approximately 3 or more days we all found out that MR Richards had un-infection called MRSA. Which he told us himself, and also learned that the c/o's at the Rock Island County Jail knew of this infection that MR Richards had. As the only thing the County Jail did was not allow MR. Richards to take showers with us. After the fact that he told us he had MRSA.

5

From July of 2011 to Oct 10th 2011 I was on suicide watch. In Sept I met Mr. Richards and after 3 days of Rec. in the Gym. He told us he had un infection called MRSA and told us that we should not get to close to him as you could contract it from him. He also stated that the county knew and that the doctors office also knew and that they were going to send him to the ER too take care of the infection, which was a ~~growth~~ growth on both sides of his buttocks as he stated to us when he let us know he had a infection called MRSA. 3 Days later I too contracted the infection with a Lg growth on my Right buttocks and had to see the County Jail doctor. The same day the County Jail doctor sent me to the E.R. I was later informed by E.R. that I had contracted a infection called MRSA and cut it out. E.R. Doctor George Hevesy, M.D. from Trinity Iowa Health, West Campus At 2701 17th St. Rock Island, IL 61201 (309) 779-5000. Patient was instructed to take these Medications
#1. Bactrim DS, 800 mg: 160 mg. tablet (Oral) 1 tab orally, 2 times a day by mouth, Amount 20 Refills: 0
#2. Cleocin eq. 300 mg. base Capsule (oral) 1 cap orally. 3 times a day, by mouth. Amount: 30 Refills: 0
#3. Vicodin, 5-500 mg. tablet (oral), 1 to 2 tabs every 6 hours, by mouth, Amount: 20. Refills: 0/ Wound treatment cleansing, Betadine, Dressing 2 times a day with Iodoform + 4x4 guaze. Opoun returning back to the County Jail, I did not receive Meds that E.R.

doctor Percribed. Was given other meds by doctor at Rock Island County Jail. And was only Percribed for 14 days. And my dressing on some days was only changed one time instead of orders for 2 times a day. And after 14 days of meds the doctor or nurses did not do a follow up on a Culture to see if infection of MRSA was gone. Instead was found unfit to stand trial and was sent to CHester Mental Health Center in oct. 2011 And was found & told I still had the infection of MRSA that lasted 2½ months of sickness.

Stated in the rules and Regulation of Jail Inmates. We are suppose to be housed in a clean and safe environments which this Jail has none. Also because of this and I suffer from depression. I had to be admitted to Chester Mental Health Clinic, in Chester Illnois from mental anguish from this disease & the death of my father & embarrassment.

This desease will remain inside my body dorment throughout my life, able to return at anytime. I'm seeking relief of $150,000.00 for Pain & Suffering and Neglgence due to Staff & Nurces. Who knew about the problem & did'ent help the problem

Sincerly: Daniel S. Padilla
3/10/2013

## RELIEF REQUESTED

(State what relief you want from the court.)

I am requesting the relief in the amount of $50,000.00 for Pain and suffering, mental anguish, and embarrassment, due to the negligence of staff and the doctors office of the Rock Island County Jail

**JURY DEMAND**     Yes ☐     No ☒

Signed this __10__ day of __March__, 20__13__.

_Daniel S. Padilla_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Daniel S. Padilla | ID # 132372 |
| Address: 116 9th St. Silvis, IL 61282 | Telephone Number: (309) 755-2902 |

Daniel S. Padilla
116 9th St.
Silvis, IL 61282

QUAD CITIES IL P&DF
IL 612 2 T
11 MAR 2013 PM

United States District Court
Central District of Illinois
Office of the Clerk Room 40
Federal Building
211 19th Street
Rock Island, IL 61282

61201$8028